USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/12/2024

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK

YOEL WEISSHAUS

                Plaintiff,

-against-

JONATHAN A. STEIN, et al

                Defendants-Appellees.

Docket Number: 7:24-cv-02592-NSR

**Motion for Permission for Electronic Case Filing**

As the Plaintiff Yoel Weisshaus in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I have completed the Court's CM/ECF introduction course.

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that e-mail is not foolproof, and therefore, I must regularly review the docket sheet of the case so that I do not miss a filing.

5. I have regular access to the technical requirements necessary to e-file successfully:

   - [✔] A computer with internet access;
   - [✔] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✔] A scanner to convert documents that are only in paper format into electronic files;
   - [✔] A printer or copier to create required paper copies;
   - [✔] A word-processing program to create documents; and
   - [✔] A pdf reader and a pdf writer to convert word-processing documents into pdf format, the only electronic format in which documents can be e-filed.

6. I have been granted CM/ECF privileges in *Weisshaus v. Port Authority* SDNY 11-6616-cv, *Weisshaus v. Port Authority* 2nd Cir. 19-161, and *Weisshaus v. Cuomo* 2nd Cir. 21-64-cv.

7. I live more than 3 hours away from the Courthouse and having to travel to file documents would be extremely burdensome.

Date: 4/5/2024

Name: Yoel Weisshaus
Address: 1713 Wyoming Avenue
Forty Fort, PA 18704
Phone Number: (917) 335-1933
E-mail Address: yoelweisshaus@gmail.com

/S/ Yoel Weisshaus
Yoel Weisshaus

**The Court GRANTS Plaintiff's motion and directs the Clerk of Court to mail a copy of this order to *pro se* Plaintiff Yoel Weisshaus and show service on the docket.**

**Dated: April 12, 2024**
**White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge